UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JOHNSON, | Case No. 3:09-cv-00574-ECR-RAM |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| DEBELL WINDOW SYSTEMS, INC. | Date: August 25, 2011 |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.        U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN    Reporter:    NONE APPEARING

Counsel for Plaintiff(s)       NONE APPEARING

Counsel for Defendant(s)       NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

       In view of the Motion to Set Aside Entry of Default (#18) filed on August 17, 2011, the hearing on the default judgment now set for September 19, 2011, is vacated.

       The Motion for Default Judgment (#14) filed on February 22, 2011, is denied without prejudice to be renewed if the Court denies the newly filed Motion to Set Aside Default (#18). Renewal of the of the Motion for Default Judgment may be by incorporated by reference all or in part of the original motion as may be desired by Plaintiff.

                                                    LANCE S. WILSON, CLERK

                                                    By    /s/   
                                                            Deputy Clerk